IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| STEPHANIE LEIGH WHITAKER, et al., | Case No. 1:18cv540 |
| Plaintiffs | Judge Bertelsman |
| v. | ENTRY RE: |
| JUDGE JOSEPH W. KIRBY | MOTION FOR LEAVE TO PROCEED ANONYMOUSLY AS JANE ROE |
| Defendant | |

This matter came before the Court on the Motion (Doc. 3) of Plaintiff Jane Doe, one of three Plaintiffs in this case, for leave to proceed anonymously as "Jane Doe."

For good cause shown, the Motion is GRANTED.

This Court has the discretion to allow a party to proceed anonymously under a pseudonym. *Doe v. Porter*, 370 F.3d 558, 560 (6th Cir. 2004). In exercising its discretion, this Court has balanced the public's common law right of access to court proceedings against the interests of litigants in nondisclosure. *In re Polemar Constr. Ltd. P'ship*, 23 F. App'x 423, 425 (6th Cir. 2001).

The Court finds that, in this case, the disclosure of the Plaintiff's name would necessarily disclose the transgender status of her child to the world. In another case, this Court permitted a transgender child to proceed anonymously in order "to protect [the child's] privacy and shield her from discrimination and harassment." *Bd. of Edn. v. United States Dept. of Edn.*, S.D.Ohio No. 2:16-CV-524, 2016 U.S. Dist. LEXIS 107614, at *16 (Aug. 15, 2016). This Court observed, "some courts have allowed non-minor transgender plaintiffs to proceed anonymously due to the social stigma

1

associated with their gender identity." *Id.*, *citing Doe v. Frank*, 951 F.2d 320, 324 (11th Cir. 1992); *Doe v. Blue Cross & Blue Shield of R.I.*, 794 F. Supp. 72, 72-73 (D.R.I. 1992).

Counsel for Plaintiff shall disclose the identity of Jane Doe to Counsel for Defendant.

SO ORDERED.

*William C. Bertelsman*
JUDGE
UNITED STATES DISTRICT COURT