**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

**CIVIL ACTION NO. 1:18cv00540-WOB**

**STEPHANIE LEIGH WHITAKER, ET AL**                           **PLAINTIFFS**

**VS.**                              **O R D E R**

**JOSEPH W. KIRBY**                                            **DEFENDANT**

This matter is before the Court on plaintiffs' motion to expedite (Doc. 7).

The Court held a telephonic oral argument on this motion on Thursday, August 16, 2018. Joshua Engel, Joshua Langdon, and Anne Tamashasky represented the plaintiffs. Stephen Teetor, Aaron Glasgow, and Keith Anderson represented the defendant. Court reporter Joan Averdick recorded the proceedings.

Having heard the parties, and the Court being advised,

**IT IS ORDERED** that:

(1) Plaintiffs' motion to expedite (Doc. 7) be, and is hereby, **GRANTED**;

(2) Defendant shall file his proposed motion to dismiss **on or before August 31, 2018**; plaintiff shall respond within the time set by the Local Rules or more quickly

if possible; and defendant shall file his reply brief **within five (5) days thereafter**; and

(3) The parties may engage in written discovery **only** prior to the Court's ruling on the motion to dismiss.

This 16th day of August, 2018.


Signed By:
*William O. Bertelsman* W.OB
United States District Judge

TIC: 16 min.