UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
STEPHANIE LEIGH WHITAKER, JENNIFER SHAUL, and JANE DOE,

   Plaintiffs,

  vs.

JUDGE JOSEPH W. KIRBY,

   Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 1:18-cv-00540-WOB

Judge William O. Bertelsman

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to S.D. Ohio Civ. R. 83.3(e) and 83.4(a), Josh Langdon, trial attorney for Plaintiffs, in the above-referenced action, hereby moves the court to admit Shannon Minter *pro hac vice* to appear and participate as counsel or co-counsel in this case for Stephanie Leigh Whitaker, Jennifer Shaul, and Jane Doe.

Movant represents that Mr. Minter is a member in good standing of the highest court of California as attested by the accompanying certificate for that court, and that he is not eligible to become a member of the permanent bar of this Court. This Motion is accompanied by the required $200.00 fee.

Mr. Minter understand that unless expressly excused, he must register for electronic filing with this Court promptly upon the granting of this Motion.

Shannon Minter's relevant identifying information is as follows:

Business telephone:  (415) 392-6257

Business fax:  (415) 392-8442

Business Address:        National Center for Lesbian Rights
                         870 Market Street, Suite 370
                         San Francisco, CA 94102

Business e-mail address:  sminter@nclrights.org

                                           /s/ Joshua Langdon
                                           Joshua R. Langdon, Ohio Bar #90956
                                           Josh Langdon, LLC

                                           810 Sycamore St., Fl. 2
                                           Cincinnati, OH 45202
                                           Telephone: (513) 246-1400
                                           Fax: (513) 263-9000
                                           E-mail: josh@joshlangdon.com

                                           Trial Attorney for Plaintiffs