UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
STEPHANIE LEIGH WHITAKER, JENNIFER :
SHAUL, and JANE DOE, :
 :
    Plaintiffs, : Case No. 1:18-cv-00540-WOB
 :
    vs. :
 : Judge William O. Bertelsman
JUDGE JOSEPH W. KIRBY, :
 :
    Defendant. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to S.D. Ohio Civ. R. 83.3(e) and 83.4(a), Josh Langdon, trial attorney for Plaintiffs, in the above-referenced action, hereby moves the court to admit Christopher Stoll and Asaf Orr *pro hac vice* to appear and participate as counsel or co-counsel in this case for Stephanie Leigh Whitaker, Jennifer Shaul, and Jane Doe.

Movant represents that Mr. Stoll and Mr. Orr are members in good standing of the highest court of California as attested by the accompanying certificate for that court, and that they are not eligible to become members of the permanent bar of this Court. This Motion is accompanied by the required $400.00 fee.

Mr. Stoll and Mr. Orr understand that unless expressly excused, they must register for electronic filing with this Court promptly upon the granting of this Motion.

Christopher Stoll's relevant identifying information is as follows:

Business telephone:        (415) 392-6257

Business fax:        (415) 392-8442

| | |
|---|---|
| Business Address: | National Center for Lesbian Rights<br>870 Market Street, Suite 370<br>San Francisco, CA 94102 |
| Business e-mail address: | cstoll@nclrights.org |

Asaf Orr's relevant identifying information is as follows:

| | |
|---|---|
| Business telephone: | (415) 392-6257 |
| Business fax: | (415) 392-8442 |
| Business Address: | National Center for Lesbian Rights<br>870 Market Street, Suite 370<br>San Francisco, CA 94102 |
| Business e-mail address: | aorr@nclrights.org |

/s/ Joshua Langdon
Joshua R. Langdon, Ohio Bar #90956
Josh Langdon, LLC

810 Sycamore St., Fl. 2
Cincinnati, OH 45202
Telephone: (513) 246-1400
Fax: (513) 263-9000
E-mail: josh@joshlangdon.com

Trial Attorney for Plaintiffs