# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION

| | | |
|---|---|---|
| STEPHANIE LEIGH WHITAKER, et al. | ) ) ) | CIVIL COMPLAINT |
| Plaintiffs, | ) ) | Case No. 1:18-cv-00540-WOB |
| v. | ) ) | |
| JUDGE JOSEPH W. KIRBY, | ) ) | JUDGE WILLIAM O. BERTELSMAN |
| Defendant. | ) | |

**NOTICE IN RESPONSE TO COURT ORDER ON OCTOBER 2, 2018**

As requested by this Court, Plaintiffs hereby give notice that the brief attached as Exhibit A was filed by Plaintiff Whitaker in the Ohio 12th District Court of Appeals. No brief in response was filed, and the timeline to file a response brief has passed.

Respectfully Submitted,

Dated:  October 5, 2018

/s/ Joshua R Langdon
Joshua R. Langdon, Ohio Bar #90956
Josh Langdon, LLC
810 Sycamore Street, Fl. 2
Cincinnati, Ohio 45202
Phone: (513) 246-1400
Fax: (513) 263-9000
E-mail: josh@joshlangdon.com

Shannon Minter*
Christopher Stoll*
Asaf Orr*
National Center for Lesbian Rights
870 Market Street, Suite 370
San Francisco, CA 94102
Phone: (415) 392-6257
Fax: (415) 392-8442

[ 1 ]

sminter@nclrights.org
cstoll@nclrights.org
aorr@nclrights.org

Attorneys for Plaintiffs
* *pro hac vice*

## CERTIFICATE OF SERVICE

I, Joshua Langdon, Esq., do hereby certify that on this 5th day of October, 2018, I caused true and correct copies of the foregoing to be filed via the Court's CM/ECF system, causing service on all counsel of record.

By: s/ Joshua R. Langdon