UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CIVIL ACTION NO. 1:18cv540(WOB)

STEPHANIE LEIGH WHITAKER, ET AL             PLAINTIFFS

VS.                   <u>ORDER</u>

JOSEPH W. KIRBY             DEFENDANT

    This matter is before the Court on a variety of pending motions. (Doc. 15, 20, 25, 26, 27, 31).

    The Court heard oral argument on these motions on Wednesday, October 24, 2018. Joshua Langdon and Asaf Orr represented the plaintiffs. Steve Teeter, Aaron Glasgow, and Keith Anderson represented the defendant. Court reporter Joan Averdick recorded the proceedings.

    Having heard the parties, and being advised,

    **IT IS ORDERED** that the above motions be, and are hereby, **TAKEN UNDER SUBMISSION**.

    This 25th day of October, 2018.



Signed By:
<u>William O. Bertelsman</u> WOB
United States District Judge

TIC: 33 min.