UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION

| | | |
|---|---|---|
| STEPHANIE LEIGH WHITAKER, et al. | ) ) ) | CIVIL COMPLAINT |
| Plaintiffs, | ) ) ) | Case No. 1:18-cv-00540-WOB |
| v. | ) ) | |
| JUDGE JOSEPH W. KIRBY, | ) ) | JUDGE WILLIAM O. BERTELSMAN |
| Defendant. | ) | |

**NOTICE REGARDING THE STATUS OF WHITAKER'S APPEAL OF THE DENIAL OF HER CHILD'S NAME-CHANGE APPLICATION**

After the Court's hearing on the parties' pending motions, Plaintiffs' counsel received a letter via regular mail from the Ohio Court of Appeals regarding the Whitaker's appeal, attached hereto as Exhibit A. According to the letter, the appeal will not be submitted to the Ohio Court of Appeals for decision until November 21, 2018.

As noted in Plaintiffs' briefs, delaying resolution of this case pending the decision of the Ohio Court of Appeals would cause Plaintiffs irreparable harm. Even if the Ohio Court of Appeals issued its decision by February 2019—the earliest defense counsel suggested the opinion could be released—John Doe will have already had to submit his college applications, requiring him to disclose his transgender status, resulting in serious harm that cannot be adequately redressed after it occurs.

Dated: October 26, 2018

Respectfully submitted,

/s/ Joshua R Langdon
Joshua R. Langdon, Ohio Bar #90956
Josh Langdon, LLC

[1]

810 Sycamore Street, Fl. 2
Cincinnati, Ohio 45202
Phone: (513) 246-1400
Fax: (513) 263-9000
E-mail: josh@joshlangdon.com

Shannon Minter*
Christopher Stoll*
Asaf Orr*
National Center for Lesbian Rights
870 Market Street, Suite 370
San Francisco, CA 94102
Phone: (415) 392-6257
Fax: (415) 392-8442
sminter@nclrights.org
cstoll@nclrights.org
aorr@nclrights.org

Attorneys for Plaintiffs


* *pro hac vice*

## CERTIFICATE OF SERVICE

    I, Joshua Langdon, Esq., do hereby certify that on this 26th day of October, 2018, I caused true and correct copies of the foregoing to be filed via the Court's CM/ECF system, causing service on all counsel of record.

                                        /s/ Joshua R Langdon