UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CIVIL ACTION NO. 1:18cv540(WOB)

STEPHANIE LEIGH WHITAKER, ET AL          PLAINTIFFS

VS.                    JUDGMENT

JOSEPH W. KIRBY                          DEFENDANT

Pursuant to the Opinion and Order entered concurrently herewith,

**IT IS HEREBY ORDERED AND ADJUDGED** that this matter is hereby **DISMISSED AND STRICKEN FROM THE DOCKET OF THIS COURT.**

This 30th day of October, 2018.



Signed By:
William O. Bertelsman  WOB
United States District Judge